UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>CHOWCHILLA ELEMENTARY SCHOOL DISTRICT,<br><br>          Defendant. | No. 1:24-cv-01094-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Docs. 1, 32 |

     On September 16, 2024, minor plaintiff Jane Doe filed this civil action. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 7, 2024, the assigned magistrate judge appointed Joanna Abercrombie as Jane Doe's guardian ad litem. Doc. 6. On February 24, 2025, the assigned magistrate judge granted plaintiff's former attorney's motion to withdraw as counsel. Doc. 19. The Court ordered plaintiff to retain new counsel because plaintiff and her guardian ad litem are not permitted to proceed pro se. *Id.* After two extensions of time were granted for attorney Jeanliou G.T. Maschhoff, who had indicated that she had been retained as plaintiff's new counsel, *see* Doc. 27, to file a notice of appearance, attorney Maschhoff filed a notice indicating that she had not been retained and

1

therefore declined to represent plaintiff and her guardian ad litem. Doc. 31. As plaintiff has not had new counsel appear, and plaintiff may not proceed in this case without representation, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. Doc. 32. The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty (30) days after service. Doc. 32 at 4. No objections were filed and the deadline to file objections has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 1, 2025, Doc. 32, are adopted in FULL;
2. This case is DISMISSED without prejudice because plaintiff is a minor and is not represented by counsel;
3. All pending motions are deemed to be no longer pending; and
4. The Clerk of Court be directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 26, 2025

UNITED STATES DISTRICT JUDGE

2